IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX GAMMELLA, III,
    Petitioner,

vs.                            Case No.:  3:04cv230/RV/EMT

WARDEN DONALD BAUKNECHT,
    Respondent.

## REPORT AND RECOMMENDATION

    This cause is before the court on Petitioner's Motion For a Summary Judgment (Doc. 14). Petitioner seeks judgment in his favor on the ground that Respondent failed to file a response to the habeas petition as directed by the court (*see* Docs. 4, 8).

    Initially, the court notes that Petitioner failed to file a memorandum with citation of authorities in support of the motion for summary judgment, as required by Rule 7.1(A) of the Local Rules for the Northern District of Florida.  This failure alone constitutes a basis for denial for the motion.  N.D. Fla. R. 7.1(A).  Furthermore, the record shows that Respondent electronically filed an answer to the habeas petition on October 4, 2004, as directed by the court (*see* Doc. 9). Therefore, Petitioner's motion is without merit.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Petitioner's Motion For a Summary Judgment (Doc. 14) be **DENIED**.

    At Pensacola, Florida, this 19<u>th</u> day of May, 2005.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**