IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELIX GAMMELLA, III
    Petitioner,

vs.                                            Case No. 3:04cv230/RV/EMT

WARDEN DONALD BAUKNECHT,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk directed to close the file.

**DONE AND ORDERED** this 6th day of September, 2005.

                                          /s/ _Roger Vinson_
                                          **ROGER VINSON**
                                          **UNITED STATES SENIOR JUDGE**